UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Case No. 6:13-cv-932-Orl-31DAB
)
REAL PROPERTY, INCLUDING ANY )
BUILDINGS, APPURTENANCES, )
AND IMPROVEMENTS THEREON, )
LOCATED AT 1690 SAWGRASS DRIVE )
SW, PALM BAY, FLORIDA, ET. AL., )
)
    Defendant. )
_____ )

## BMS ENTERPRISES, LLC'S VERIFIED CLAIM
## TO AND OF INTEREST IN CERTAIN ASSETS

    COMES NOW, the claimant, BMS Enterprises, LLC [hereinafter "BMS Enterprises"], by and through the undersigned counsel, and pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5)(a), Fed. R. Civ. P., and Local Admiralty Rule 7.01(e), hereby files its claim to and of interest in certain assets currently the subject of the instant proceeding. In support of its claim and as detailed in Supp. Rule 5(a)(i)(A)-(D), claimant states as follows:

    1.    **The Identity of the Specific Property(ies) Claimed:**

        a.    2310 Wood Street, Melbourne, Florida;

        b.    784 Trinidad Avenue SE, Palm Bay, Florida; and

        c.    742 Donau Avenue NW, Palm Bay, Florida.

2. **The Identity of the Claimant & the Claimant's Interest in the Property:**

<u>Claimant</u>: BMS Enterprises is a limited liability company organized and lawfully operating under the law of the state of Florida.

<u>Claimant's Interest</u>: Claimant holds an interest in the subject properties identified above in paragraph no. 1. A true and correct copy of the deeds conveying interest in the subject properties to BMS Enterprises is attached hereto as <u>Exhibit A</u>.

3. **Execution of the Claim Under the Penalty of Perjury**

The Managers of the claimant, James T. Long and Brandy A. Long, have executed the instant document under the penalties of perjury as provided in 28 U.S.C. § 1746(1).

4. **Service of the Claim on the Government's Attorney**

The instant claim will be served as set forth below and will be delivered to the Government's counsel via CM/ECF.

WHEREFORE, BMS Enterprises submits its Verified Claim.

Respectfully submitted this 26th day of July, 2013.

*[signature]*
James T. Long, Manager

*[signature]*
Brandy A. Long, Manager

s/ A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No.: 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone:　(407) 872-0777
Facsimile:　(407) 872-0704
Counsel for James & Brandy Long

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 26, 2013, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

s/ A. Brian Phillips
A. Brian Phillips, Esq.